HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ELVIN J. MIRZAYEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00662-SAB-1 |
| Plaintiff, | STIPULATION TO VACATE BENCH TRIAL AND SET FOR CHANGE-OF-PLEA AND SENTENCING; ORDER |
| vs. | |
| ELVIN J. MIRZAYEV, | Date:  May 3, 2022<br>Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Elvin J. Mirzayev, that the Court may vacate the bench trial currently scheduled for May 3, 2022, at 10:00 a.m. and instead set the matter for a change-of-plea and sentencing hearing on May 3, 2022, at 10:00 a.m. The parties have reached a plea agreement, pursuant to which the parties will jointly recommend a $230 fine and 12 months of unsupervised probation. As part of the plea agreement, Mr. Mirzayev will waive his right to appeal.

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date:  April 28, 2022 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 28, 2022 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>ELVIN MIRZAYEV |

## **ORDER**

**IT IS SO ORDERED.**  The Court vacates the bench trial scheduled for May 3, 2022, at 10:00 a.m. The Court schedules a change-of-plea and sentencing hearing for May 3, 2022, at 10:00 a.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 28, 2022**                                                                                          
                                                                                    UNITED STATES MAGISTRATE JUDGE