# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>ELVIN J. MIRZAYEV,<br><br>           Defendant. | Case No.  5:21-po-00662-SAB-1<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**      36 C.F.R. § 2.10(b)(1), camping outside designated area

**Sentence Date:**      May 3, 2022

**Review Hearing Date:** March 7, 2023

**Probation Expires On:** May 5, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒      **Obey all federal, state and local laws**; and

☒      **Monetary Fines & Penalties in Total Amount of:**  $240.00, which Total Amount is made up of a Fine: $200.00; Special Assessment: $30.00; Processing Fee: $10.00; Restitution: $0.

☒      Payment schedule of $ 24.00  per month by the 15th of each month.

☐      **Community Service hours Imposed of:**

☒      **Other Conditions:**  Report to the USMS for processing by June 30, 2022

### *COMPLIANCE:*

☒      Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

           If so, describe arrest/charge/citation (location, court, date & offense):

☐      To date, Defendant has paid a total of $
        ☐ If not paid in full when was last time payment:        Date:
                                      Amount:

☐      To date, Defendant has performed      hours of community service.

☐      Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒   The Government agrees to the above-described compliance.

☐   The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for 3/7/2023 at 10:00 a.m.

    ☐   be continued to ____ at 10:00 a.m.; or

    ☒   be vacated.

☐   that Defendant's appearance for the review hearing be waived.

DATED:  2/13/2023                   _____*/s/ Erin M. Snider*_____
                                 DEFENDANT'S COUNSEL


DATED:  2/16/2023                   _____*/s/ Chan Hee Chu*_____
                                 GOVERNMENT COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.

IT IS SO ORDERED.

Dated:   **February 17, 2023**          _____
                                     UNITED STATES MAGISTRATE JUDGE